COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
| --- | --- | --- |
| | § | |
| IN RE: JAIME LUEVANO, | § | No. 08-08-00253-CR |
| Relator. | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| | § | |
| | § | |

**<u>MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS</u>**

Relator, Jaime Luevano, has filed a pro se petition seeking a writ of mandamus compelling the Hon. Kathleen H. Olivares, Judge of the 205th Judicial District Court of El Paso County, to grant a number of motions and "special procedures" regarding Relator's prosecution for burglary of a habitation.

Relief by writ of mandamus will only granted in extraordinary circumstances where the Relator is able to establish the trial court has clearly abused its discretion, and no adequate remedy at law exists. *See State ex. rel Young v. Sixth Judicial Dist. Court of Appeals at Texarkana*, 236 S.W.3d 207, 210 (Tex.Crim.App. 2007). Based on the petition and record before us, we are unable to conclude that Relator is entitled to the relief requested. Accordingly, mandamus relief is denied. *See* TEX.R.APP.P. 52.3.

August 26, 2008

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Carr, JJ.

(Do Not Publish)